**Fill in this information to identify the case and this filing:**

Debtor Name __Hilmer Construction Services LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (*If known*): __24-32456__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/8/2024__      9/8/2024          X __/s/ Hilmer Morgan__  *HILMER MORGAN*
      MM/DD/YYYY                        Signature of individual signing on behalf of debtor

                                              **Hilmer Morgan**
                                              Printed name

                                              **Owner**
                                              Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name   __Hilmer Construction Services LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (*If known*):   __24-32456__

☑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................................................... $ __472,823.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................... $ __1,042,040.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................................... $ __1,514,863.00__

| Part 2: | **Summarize Your Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................................. $ __0.00__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ __174,925.48__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... + $ __3,443,077.79__

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $ __3,618,003.27__

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name ___Hilmer Construction Services LLC___

United States Bankruptcy Court for the: __Southern District of Texas__

Case number *(if known)*: ___24-32456___

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1 __Amegy Bank of Texas__ | __Checking Account__ | __2171__ | $ _____ 0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ _____ 0.00

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | Hilmer Construction Services LLC | Case number *(if known)* | 24-32456 |
|---|---|---|---|
| | Name | | |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☒ Yes. Fill in the information below.

<strong>Current value of debtor's interest</strong>

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1    Tax                                                                 $            3,000.00

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.                          $            3,000.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☐ No. Go to Part 4.
    - ☒ Yes. Fill in the information below.

<strong>Current value of debtor's interest</strong>

11. **Accounts receivable**

    **11a. 90 days old or less:**    1,084,665.00  –  50,000.00  =  $    1,034,665.00
    face amount                      doubtful or uncollectible accounts

    **11b. Over 90 days old:**    156,685.00  –  156,685.00  =  $    0.00
    face amount                   doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    1,034,665.00

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    __Hilmer Construction Services LLC_____    Case number *(if known)*    __24-32456_____
        Name

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   **Hilmer Construction Services LLC**              Case number *(if known)*   **24-32456**
_____Name_____

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.

Book value   $ _____**0.00**   Valuation method _____   Current Value   $ _____**0.00**

26  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____**0.00** | _____ | $ _____**0.00** |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____**0.00** | _____ | $ _____**0.00** |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____**0.00** | _____ | $ _____**0.00** |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____**0.00** | _____ | $ _____**0.00** |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____**0.00** | _____ | $ _____**0.00** |

Debtor  **Hilmer Construction Services LLC**                          Case number *(if known)*  **24-32456**
        Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                              $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☒ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes

    Book value    $_____0.00  Valuation method _____  Current Value  $_____0.00

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 5 desks, 2 cabinets, 7 filing cabinets, 3 storage cabinets | $_____0.00 | _____ | $_____3,075.00 |
| 40. **Office fixtures** | | | |
| _____ | $_____0.00 | _____ | $_____0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 5 Computers | $_____0.00 | _____ | $_____1,200.00 |

| Debtor | **Hilmer Construction Services LLC** | Case number *(if known)* | **24-32456** |
|---|---|---|---|
| | Name | | |

---

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____   $ _____ 0.00   _____   $ _____ 0.00

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$ _____ 4,275.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2014 T860 Bobcat Track Loader | $ _____ 0.00 | _____ | $ _____ 100.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 49. **Aircraft and accessories** | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | $ _____ 0.00 | _____ | $ _____ 0.00 |

---

Debtor    **Hilmer Construction Services LLC**          Case number *(if known)*   **24-32456**
_____            _____
Name

---

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | | |
    |---|---|
    | $ | **100.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☒ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **2108 Thomas St.,<br>Houston, Texas 77009** | **Fee Simple** | $ **0.00** | **Appraisal District** | $ **153,698.00** |
| 55.2 **2110 Thomas St.,<br>Houston, Texas 77009** | **Fee Simple** | $ **0.00** | **Appraisal District** | $ **155,250.00** |
| 55.3 **307 Quitman St.,<br>Houston, Texas 77009** | **Fee Simple** | $ **0.00** | **Appraisal District** | $ **163,875.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | | |
    |---|---|
    | $ | **472,823.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☒ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

Debtor    **Hilmer Construction Services LLC**                          Case number *(if known)*    **24-32456**
_____
Name

---

| **Part 10:** | **Intangibles and intellectual property** |

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.  Patents, copyrights, trademarks, and trade secrets**

_____    $_____0.00    _____    $_____0.00

**61.  Internet domain names and websites**

_____    $_____0.00    _____    $_____0.00

**62.  Licenses, franchises, and royalties**

_____    $_____0.00    _____    $_____0.00

**63.  Customer lists, mailing lists, or other compilations**

_____    $_____0.00    _____    $_____0.00

**64.  Other intangibles, or intellectual property**

_____    $_____0.00    _____    $_____0.00

**65.  Goodwill**

_____    $_____0.00    _____    $_____0.00

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____0.00

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor  **Hilmer Construction Services LLC**                    Case number *(if known)*  **24-32456**
_____
Name

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____ _____ – _____ = $ _____
                          Total face amount       doubtful or uncollectible accounts          0.00
                               0.00                    0.00

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Net Operating Loss Carryover** _____   Tax Year **2001** _____   $ **Unknown**

73. **Interests in insurance policies or annuities**

_____   $ _____
                                                        0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Richard Tholstrup - breach of contract, fiduciary duty, malpractice** _____   $ **Unknown**

Nature of claim   _____

Amount requested   $ _____
                        0.00
                    _____

                    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____
                                                0.00

Nature of claim   _____

Amount requested   $ _____
                        0.00

76. **Trusts, equitable or future interests in property**

_____   $ _____
                                                0.00

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    __Hilmer Construction Services LLC__          Case number *(if known)*  __24-32456__
          Name

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____          $ _____0.00

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.          | $ _____0.00 |

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,034,665.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,275.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 472,823.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.................... 91a. | $ 1,042,040.00 | ✚ 91b. $ 472,823.00 |

---

Copyright © Financial Software Solutions, LLC

Debtor     __Hilmer Construction Services LLC__              Case number *(if known)*   __24-32456__
            Name

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .....................................................................    $ __1,514,863.00__

**Fill in this information to identify your case:**

Debtor Name    **Hilmer Construction Services LLC**

United States Bankruptcy Court for the: **Southern District of Texas**

Case number (*If known*):        **24-32456**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible

1.   **Do any creditors have claims secured by your property?**
    ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any | $ _____ 0.00 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor _____**Hilmer Construction Services LLC**_____

United States Bankruptcy Court for the: __**Southern District of Texas**__

Case number (*If known*): _____**24-32456**_____

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
|--|--|-------------|-----------------|

| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | |
|---------|--------------------------------------------------|--------------------------------------------------------------|------------|------------|
| | **Department of Financial Services** **Division of Workers Comp** **PO BOX 7900** **Tallahassee, FL 32314** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $ ___3,101.37___ | $ ___3,101.37___ |

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
_____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

| Debtor | Hilmer Construction Services LLC | Case number *(if known)* | 24-32456 |
|---|---|---|---|
| | Name | | |

---

**2.2** | Priority creditor's name and mailing address

**Department of Treasury, IRS**

_____

_____

**Date or dates debt was incurred**

**06/2020**

**Last 4 digits of account number   4852**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____75,000.00   $ _____75,000.00

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**2.3** | Priority creditor's name and mailing address

**Hilmer Defined Benefit**

_____

_____

**Date or dates debt was incurred**

**Last 4 digits of account number   _____**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____59,000.00   $ _____59,000.00

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**2.4** | Priority creditor's name and mailing address

**Nova 401K**

**0777 Northwest Freeway Suite 440**

**Houston, TX 77092**

**Date or dates debt was incurred**

**Last 4 digits of account number   _____**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____3,162.00   $ _____3,162.00

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Hilmer Construction Services LLC** | Case number (*if known*) | **24-32456** |
|---|---|---|---|
| | Name | | |

---

**2.5** Priority creditor's name and mailing address

**Railroad Commission of Texas**

**1701 North Congress Avenue**

**Austin, TX 78711**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **6,050.00**   $ _____ **6,050.00**

Date or dates debt was incurred

_____

Basis for the claim:

_____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

**2.6** Priority creditor's name and mailing address

**Texas Comptroller**

**P.O. Box 149348**

**Austin, TX 78714- 934**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **28,612.11**   $ _____ **28,612.11**

Date or dates debt was incurred

_____

Basis for the claim:

**Franchise Tax**

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Description

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __Hilmer Construction Services LLC__          Case number *(if known)*  __24-32456__
                    Name

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

---

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

| 4.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 910.00 |
| --- | --- | --- | --- |

__A&B Roofing and Remodeling__

__311 Lochness Dr__

__Highlands, TX 77562__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:                    Description

Last 4 digits of account number  _____    Is the claim subject to offset?
                                                                            ☒ No
                                                                            ☐ Yes

---

| 4.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,523.00 |
| --- | --- | --- | --- |

__Alliance Garage Doors__

__PO BOX 20088__

__Sugar Land, TX 77496__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:                    Description

Last 4 digits of account number  _____    Is the claim subject to offset?
                                                                            ☒ No
                                                                            ☐ Yes

---

| Debtor | **Hilmer Construction Services LLC** | Case number *(if known)* | **24-32456** |
|---|---|---|---|
| | Name | | |

---

**4.3**  **Nonpriority creditor's name and mailing address**

**American HVAC Corp**

**4700 Northern Blvd.**

**Long Island, NY 11101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**4.4**  **Nonpriority creditor's name and mailing address**

**Angel's Panting and more**

**7501 Bluff Springs Rd. #57**

**Austin, TX 78744**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 3,904.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

**4.5**  **Nonpriority creditor's name and mailing address**

**Bank of America**

**100 North Tryon Street**

**Charlotte, NC 28255**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 32,829.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Hilmer Construction Services LLC** | Case number *(if known)* | **24-32456** |
|---|---|---|---|
| | Name | | |

---

**4.6** | Nonpriority creditor's name and mailing address

**Bobcat of Houston**

**PO BOX 846271**

**Dallas, TX 75824**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 37.80

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**4.7** | Nonpriority creditor's name and mailing address

**C&J Quality Granite**

**210 Beverly Dr.**

**Shephard, TX 77371**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,780.00

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**4.8** | Nonpriority creditor's name and mailing address

**Chase Bank**

**Mail Code LA4-7100**

**Monroe, LA 71203**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44,108.00

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Basis for the claim:

_____

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Hilmer Construction Services LLC** | | Case number *(if known)* | **24-32456** |
|---|---|---|---|---|
| | Name | | | |

---

**4.9** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **45,729.00**

**Chase Bank**

**Mail Code LA4-7100**

**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.10** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **12,024.13**

**Dumpsters.com**

**830 Canterbury Rd.**

**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.11** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ _____ **534.50**

**Fedex**

**PO BOX 660481**

**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **Hilmer Construction Services LLC** | Case number *(if known)* | **24-32456** |
|---|---|---|---|
| | Name | | |

---

**4.12** **Nonpriority creditor's name and mailing address**

G&G Steelworks

4522 Schlipf Rd.

Katy, TX 77493

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 1,860.00

**Description**

---

**4.13** **Nonpriority creditor's name and mailing address**

Garcia's Spread Deck

18903 Cove Bend Ln.

Cypress, TX 77433

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 23,561.50

**Description**

---

**4.14** **Nonpriority creditor's name and mailing address**

GVJ Investments

1300 N. Sam Houston Pkwy E. Suite 145

Houston, TX 77032

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 2,312.50

**Description**

---

| Debtor | **Hilmer Construction Services LLC** | Case number *(if known)* | **24-32456** |
|--------|--------------------------------------|---------------------------|--------------|
|        | Name                                 |                           |              |

---

**4.15** | **Nonpriority creditor's name and mailing address**

**H&E Equipment**

**PO BOX 849850**

**Dallas, TX 75284**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **4,889.22**

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**4.16** | **Nonpriority creditor's name and mailing address**

**Hilmer Morgan**

**23865 Wild Forest**

**New Caney, TX 77357**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **989,500.00**

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**4.17** | **Nonpriority creditor's name and mailing address**

**Home Depot**

**999 North Loop West**

**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **68,700.00**

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

Debtor    __Hilmer Construction Services LLC__                            Case number *(if known)*    __24-32456__
                  Name

| 4.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 7,055.00 |

__Jayhawk Fire Sprinkler__

__12030 S. Hedge Ln Terrace__

__Olathe, KS 66061__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 1,500.00 |

__Lawrence Glass & Mirror__

__12215 Johnson Dr.__

__Shawnee, KS 66216__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 5,200.00 |

__Margarita Acevedo__

__725 Manor St.__

__Houston, TX 77015__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Hilmer Construction Services LLC** | Case number *(if known)* | **24-32456** |
|---|---|---|---|
| | Name | | |

---

**4.21** Nonpriority creditor's name and mailing address

Mario Avina

266 Rosebud Ln

San Antonio, TX 78221

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

$                    **11,500.00**

Description

---

**4.22** Nonpriority creditor's name and mailing address

McCauley Lumber

626 Aldine Bender

Houston, TX 77060

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

$                    **23,753.85**

Description

---

**4.23** Nonpriority creditor's name and mailing address

McCoy's Building Supply

PO BOX 1362

San Marcos, TX 78667

Date or dates debt was incurred

_____

Last 4 digits of account number   _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

$                    **5,746.33**

Description

---

Copyright © Financial Software Solutions, LLC

Debtor __**Hilmer Construction Services LLC**__                    Case number *(if known)*  __24-32456__
       Name

---

| 4.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ __17,500.00__ |

__Miller Glass__

__22035 Pinebroo Dr.__

__New Caney, TX 77357__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ __11,000.00__ |

__Oakpoint Financial__

__15707 Kuykendahl Court #93__

__Conroe, TX 77384__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 4.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $ __5,487.00__ |

__Pierpoint Plumbing__

__7706 S. Outer Belt Rd.__

__Oak Grove, MO 64075__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

| Debtor | **Hilmer Construction Services LLC** | | Case number *(if known)* | **24-32456** |
|---|---|---|---|---|
| | Name | | | |

---

| 4.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 1,312.59 |
|---|---|---|---|---|

**Ready Refresh**

**PO BOX 856680**

**Louisville, KY 40285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

- ☒ No
- ☐ Yes

---

| 4.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 58,594.51 |
|---|---|---|---|---|

**Sherwin Williams**

**1207 N. Gessner**

**Houston, TX 77055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

- ☒ No
- ☐ Yes

---

| 4.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $ 18,402.51 |
|---|---|---|---|---|

**Taylor Waterproofing Plus**

**PO BOX 16069**

**Houston, TX 77222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Hilmer Construction Services LLC** | Case number (if known) | **24-32456** |
|---|---|---|---|
| | Name | | |

---

| **4.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 131,610.00 |

**Tennessee Tension**

**389 Pole Rd.**

**Godlettsville, TN 37032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **4.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,632.75 |

**United Rentals**

**PO BOX 100711**

**Atlanta, GA 30384**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| **4.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 30,880.00 |

**Universal Structure Steel**

**1325 N. Lime Ave Unit D**

**Sarasota, FL 34237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **Hilmer Construction Services LLC**                    Case number *(if known)*   **24-32456**
          Name

---

| 4.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 12,000.00 |
|---|---|---|---|

**V&J Construction**

**908 Lakin Ave**

**Pasadena, TX 77506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 896.83 |
|---|---|---|---|

**Visual Edge IT**

**L3737**

**Columbus, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 4.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 546.19 |
|---|---|---|---|

**Waste Management of Texas**

**PO BOX 660345**

**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC            BlueStylus

Debtor   __Hilmer Construction Services LLC__         Case number *(if known)*   __24-32456__
Name

| 4.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**4.36**   Nonpriority creditor's name and mailing address

**Yerapothina and Koopuri**

**15455 N. Dallas Pkwy Suite 540**

**Addison, TX 75201**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,851,257.58

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number   _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.**   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ | 174,925.48 |
| 5b. | Total claims from Part 2 | 5b. + | $ | 3,443,077.79 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,618,003.27 |

Copyright © Financial Software Solutions, LLC
BlueStylus

**Fill in this information to identify your case:**

Debtor Name ___Hilmer Construction Services LLC___

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (*If known*): ___24-32456___          Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2.   List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1   **State what the contract or lease is for and the nature of the debtor's interest**   ___Office Lease___

**State the term remaining**   ___1___

**List the contract number of any government contract**   _____

> GVJ Investments
> 1300 N. Sam Houston Pkwy E, Suite 110
> Houston, TX 77032

**Fill in this information to identify your case:**

Debtor Name     **Hilmer Construction Services LLC**

United States Bankruptcy Court for the:  **Southern District of Texas**

Case number (*If known*):     **24-32456**

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Docusign Envelope ID: 476B4A52-9CA2-4D3F-BBD3-CA842EC8352E

---

**Fill in this information to identify your case:**

Debtor name ___Hilmer Construction Services LLC___

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (*if known*): ___24-32456___

☐ Check if this is an amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From **1/1/2024**<br>MM/DD/YYYY | to  Filing date | ☒ Operating a business<br>☐ Other _____ | $ __2,039,894.00__ |
| For prior year: | From **1/1/2023**<br>MM/DD/YYYY | to **12/31/2023**<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ __11,882,000.00__ |
| For the year before that: | From **1/1/2022**<br>MM/DD/YYYY | to **12/31/2022**<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ __14,276,000.00__ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM/DD/YYYY | to  Filing date | _____ | $ _____ |
| For prior year: | From _____<br>MM/DD/YYYY | to _____<br>MM/DD/YYYY | _____ | $ _____ |
| For the year before that: | From _____<br>MM/DD/YYYY | to _____<br>MM/DD/YYYY | _____ | $ _____ |

---

Copyright © Financial Software Solutions, LLC                                                                                                                                      BlueStylus

| Debtor | Hilmer Construction Services LLC | | Case number *(if known)* | 24-32456 |
|--------|----------------------------------|--|--------------------------|----------|
| | Name | | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|------------------------------------------------------------|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|------------------------------|-------|----------------------|--------------------------------------------------------|
| **3.1** | | | $ | ☐ Secured debt |
| | Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | | ☐ Suppliers or vendors |
| | Number      Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | City            State   ZIP Code | | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|----------------------------|-------|----------------------|--------------------------------|
| **4.1** | | | $ | |
| | Insider's Name | | | |
| | | | | |
| | Number      Street | | | |
| | | | | |
| | City            State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

Debtor    **Hilmer Construction Services LLC**          Case number *(if known)*    **24-32456**
          Name

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | _____ | $ _____ |
| | Creditor's Name | | | |
| | Number    Street | | | |
| | City              State   ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

|  | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | _____ | $ _____ |
| | Creditor's Name | | | |
| | Number    Street | | | |
| | City              State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Jaswanth Yerapothina and Vidya F. Koopuri v. Hiler Construction Services LLC DBA Ace Construction Services** | **Contract** | **199th Judicial District Court** <br> Creditor's Name <br><br> **2100 Bloomdale Rd** <br> Number     Street <br><br> **McKinney        TX   75034** <br> City              State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case Number** <br> **199-02382-2022** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor    **Hilmer Construction Services LLC**                              Case number *(if known)*   **24-32456**
          Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|

|     | **Dana E. Lipp**<br>Custodian's name | **Cash seized from Amegy Account** | $ _____ **0.00** |
|-----|---|---|---|
| 8.1 | | **Case title**<br>**Jaswanth Yerapothina and Vidya F.**<br>**Koopuri v. Hiler Construction**<br>**Services LLC DBA Ace Construction**<br>**Services** | **Court name and address** |
| | **2591 Dallas Parkway, Suite 300**<br>Number    Street | | **199th Judicial District Court**<br>Court's Name |
| | | **Case number**<br>**199-02382-2022** | |
| | **Frisco**            **TX**   **75034**<br>City                          State   ZIP Code | | **2100 Bloomdale Rd**<br>Number      Street |
| | | **Date of order or assignment** | |
| | | | **Mckinney**          **TX**   **75071**<br>City                        State   ZIP Code |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
    of the gifts to that recipient is less than $1,000

☑ None

|     | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|-----|---|---|---|---|
| 9.1 | _____<br>Recipient's Name | | _____ | $ _____ |
| | _____<br>Number     Street | | | |
| | _____<br>City              State   ZIP Code | | | |
| | **Recipient's relationship to debtor**<br>_____ | | | |

Debtor   __Hilmer Construction Services LLC__          Case number *(if known)*  __24-32456__
      Name

---

**Part 5:**   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** | | | $ |

---

**Part 6:**   **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1**  __Jones Murray LLP__<br>Recipient's Name<br><br>__602 Sawyer Suite 400__<br>Number      Street<br><br>__Houston__      __TX__   __77007__<br>City          State   ZIP Code<br><br>**Email or website address**<br>_____<br><br>**Who made the payment, if not debtor?**<br>__Hilmer Morgan__ | | _____ | $      __7,500.00__ |

12.  **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

---

Copyright © Financial Software Solutions, LLC

Debtor   **Hilmer Construction Services LLC**                    Case number (if known)   **24-32456**
Name

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | | | | $ |
| | Trustee | | | |

---

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | | | | $ |
| | Recipient's Name | | | |
| | Number       Street | | | |
| | City                          State    ZIP Code | | | |
| | Relationship to debtor | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor    **Hilmer Construction Services LLC**      Case number *(if known)*   __24-32456__
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** Facility Name | | |
| Number      Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City      State    ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**
    ☒ No.
    ☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?
       ☐ No
       ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?
       ☐ No. Go to Part 10.
       ☐ Yes. Fill in below:

| **Name of plan** | **Employer identification number of the plan** |
|---|---|
| | |

       Has the plan been terminated?
       ☐ No
       ☐ Yes

---

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

---

| Debtor | **Hilmer Construction Services LLC** | | Case number *(if known)* | **24-32456** |
|---|---|---|---|---|
| | Name | | | |

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | **Amegy Bank NA**<br>Name<br><br>Number      Street<br><br>City                State   ZIP Code | XXXX– **1200** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ **157,752.72** |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | Name<br><br>Number      Street<br><br>City                State   ZIP Code | **Address** | | ☑ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | **U-Haul Moving & Storage Kingwood**<br>Name<br><br>**22250 US-59 N**<br>Number      Street<br><br>**Kingwood**        **TX**   **77339**<br>City                State   ZIP Code | **Candis Bowlin**<br><br>**Address** | **Boxes with paper files** | ☑ No<br>☐ Yes |

| Debtor | Hilmer Construction Services LLC | | Case number *(if known)* | 24-32456 |
|---|---|---|---|---|
| | Name | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | | | | $ _____ |
| | Owner's Name | | | |
| | | | | |
| | Number      Street | | | |
| | | | | |
| | City                State   ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | | | | ☐ Pending |
| | | Name | | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | Number      Street | | |
| | | | | |
| | | City                State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Debtor | Hilmer Construction Services LLC | Case number *(if known)* | 24-32456 |
|---|---|---|---|
| | Name | | |

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | | | | |
| | Name | Name | | |
| | Number        Street | Number        Street | | |
| | City            State    ZIP Code | City            State    ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | |
| | Name | Name | | |
| | Number        Street | Number        Street | | |
| | City            State    ZIP Code | City            State    ZIP Code | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | Number        Street | | From _____ To  **Present** |
| | City            State    ZIP Code | | |

**26.** **Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Debtor   **Hilmer Construction Services LLC**                                    Case number *(if known)*   **24-32456**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| Name and address | Dates of service |
|---|---|
| **26a.1**   **Oakpoint Financial Services** | From   **10/1/2007**   To   **5/24/2024** |
| Name | |
| **15707 Kuykendahl Court Unit 93** | |
| Number        Street | |
| **Conroe**                                      **TX**      **77834** | |
| City                                          State    ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1** _____ | From _____ To **Present** |
| Name | |
| _____ | |
| Number        Street | |
| _____ | |
| City                    State    ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** _____ | |
| Name | |
| _____ | |
| Number        Street | |
| _____ | |
| City                    State    ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1** _____ |
| Name |
| _____ |
| Number        Street |
| _____ |
| City                    State    ZIP Code |

Debtor    **Hilmer Construction Services LLC**                                    Case number *(if known)*   **24-32456**
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

**27.1** _____
Name

_____
Number          Street

_____
City                                    State     ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **28.1** Hilmer Morgan | **23865 Wild Forest** **New Caney, TX 77357** | Owner | 100.00 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **29.1** _____ | _____ | _____ | From _____ To **Present** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Debtor | Hilmer Construction Services LLC | Case number *(if known)* | 24-32456 |

Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** **Candis Bowlin**<br>Recipient's Name<br><br>**11 Pines Rd**<br>Number        Street<br><br>**New Caney**        **TX**    **77357**<br>City                State    ZIP Code<br><br>**Relationship to debtor** | | | **Employee** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **9/8/2024**
            MM/DD/YYYY

✗ **/s/ Hilmer Morgan**            Printed name  **Hilmer Morgan**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    **Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## <u>Southern District of Texas</u>

In re

Case No.  **24-32456**

Debtor     **Hilmer Construction Services LLC**

Chapter   **7**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................ $        **7,500.00**

Prior to the filing of this statement I have received ............................. $        **7,500.00**

Balance Due ......................................................................................... $        **0.00**

2.   The source of the compensation paid to me was:

☐ Debtor        ☒ Other (specify)   **Hilmer Morgan**

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify)

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    • **Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

    • **Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

    • **Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/8/2024
_____
*Date*

/s/ Erin Jones
_____
*Signature of Attorney*

**Jones Murray, LLP**
**602 Sawyer St. Ste. 400**
**Houston, TX 77007**
**erin@jmbllp.com**
_____
*Name of law firm*

Copyright © Financial Software Solutions, LLC        BlueStylus

# United States Bankruptcy Court

## Southern District of Texas

In re   **Hilmer Construction Services LLC**
Debtor(s)

Case No.   **24-32456**

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **9/8/2024**   9/8/2024

**/s/ Hilmer Morgan**
**Hilmer Morgan**
Signature of Debtor

DocuSigned by:
HILMER MORGAN
BE6EDFC64C0F4E3...

**A&B Roofing and Remodeling**
**311 Lochness Dr**
**Highlands, TX 77562**


**Alliance Garage Doors**
**PO BOX 20088**
**Sugar Land, TX 77496**


**American HVAC Corp**
**4700 Northern Blvd.**
**Long Island, NY 11101**


**Angel's Panting and more**
**7501 Bluff Springs Rd. #57**
**Austin, TX 78744**


**Bank of America**
**100 North Tryon Street**
**Charlotte, NC 28255**


**Bobcat of Houston**
**PO BOX 846271**
**Dallas, TX 75824**


**C&J Quality Granite**
**210 Beverly Dr.**
**Shephard, TX 77371**


**Chase Bank**
**Mail Code LA4-7100**
**Monroe, LA 71203**


**Department of Financial Services Division of Workers Comp**
**PO BOX 7900**
**Tallahassee, FL 32314**

Copyright © Financial Software Solutions, LLC

**Department of Treasury, IRS**

**Dumpsters.com**
**830 Canterbury Rd.**
**Westlake, OH 44145**

**Fedex**
**PO BOX 660481**
**Dallas, TX 75266**

**G&G Steelworks**
**4522 Schlipf Rd.**
**Katy, TX 77493**

**Garcia's Spread Deck**
**18903 Cove Bend Ln.**
**Cypress, TX 77433**

**GVJ Investments**
**1300 N. Sam Houston Pkwy E, Suite 110**
**Houston, TX 77032**

**GVJ Investments**
**1300 N. Sam Houston Pkwy E. Suite 145**
**Houston, TX 77032**

**H&E Equipment**
**PO BOX 849850**
**Dallas, TX 75284**

**Hilmer Defined Benefit**

Copyright © Financial Software Solutions, LLC

**Hilmer Morgan**

**Hilmer Morgan**
**23865 Wild Forest**
**New Caney, TX 77357**

**Home Depot**
**999 North Loop West**
**Houston, TX 77008**

**Jayhawk Fire Sprinkler**
**12030 S. Hedge Ln Terrace**
**Olathe, KS 66061**

**Lawrence Glass & Mirror**
**12215 Johnson Dr.**
**Shawnee, KS 66216**

**Margarita Acevedo**
**725 Manor St.**
**Houston, TX 77015**

**Mario Avina**
**266 Rosebud Ln**
**San Antonio, TX 78221**

**McCauley Lumber**
**626 Aldine Bender**
**Houston, TX 77060**

**McCoy's Building Supply**
**PO BOX 1362**
**San Marcos, TX 78667**

Copyright © Financial Software Solutions, LLC

**Miller Glass**
**22035 Pinebroo Dr.**
**New Caney, TX 77357**


**Nova 401K**
**0777 Northwest Freeway**
**Suite 440**
**Houston, TX 77092**


**Oakpoint Financial**
**15707 Kuykendahl Court #93**
**Conroe, TX 77384**


**Pierpoint Plumbing**
**7706 S. Outer Belt Rd.**
**Oak Grove, MO 64075**


**Railroad Commission of Texas**
**1701 North Congress Avenue**
**Austin, TX 78711**


**Ready Refresh**
**PO BOX 856680**
**Louisville, KY 40285**


**Sherwin Williams**
**1207 N. Gessner**
**Houston, TX 77055**


**Taylor Waterproofing Plus**
**PO BOX 16069**
**Houston, TX 77222**


**Tennessee Tension**
**389 Pole Rd.**
**Godlettsville, TN 37032**


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Texas Comptroller**
**P.O. Box 149348**
**Austin, TX 78714- 934**

**United Rentals**
**PO BOX 100711**
**Atlanta, GA 30384**

**Universal Structure Steel**
**1325 N. Lime Ave Unit D**
**Sarasota, FL 34237**

**V&J Construction**
**908 Lakin Ave**
**Pasadena, TX 77506**

**Visual Edge IT**
**L3737**
**Columbus, OH 43260**

**Waste Management of Texas**
**PO BOX 660345**
**Dallas, TX 75266**

**Yerapothina and Koopuri**
**15455 N. Dallas Pkwy Suite 540**
**Addison, TX 75201**

Copyright © Financial Software Solutions, LLC

Docusign Envelope ID: 476B4A52-9CA2-4D3F-BBD3-CA842EC8352F

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:                                              Case No.:    **24-32456**
**Hilmer Construction Services LLC**                 Chapter:     **7**


**Debtors(s)**

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,  **Hilmer Construction Services LLC**  , a

☑ Corporate Debtor

☐ Party to an adversary proceeding

☐ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☑ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

9/8/2024                          By:   **/s/ Erin Jones**
_____                        **Erin E Jones**
Date

                                       Signature of Attorney or Litigant
                                       Counsel for    **Hilmer Construction Services LLC**
                                       **Jones Murray, LLP**
                                       **602 Sawyer St. Ste. 400**
                                       **Houston, TX 77007**
                                       Telephone: **(832) 529-1999**

Copyright © Financial Software Solutions, LLC                                    BlueStylus

**United States Bankruptcy Court**
**Southern District of Texas**

In re     **Hilmer Construction Services LLC**        Case No.    **24-32456**

Debtors(s)                 Chapter    **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **7** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **Hilmer Morgan** | | | **100% Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

      I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **9/8/2024**    9/8/2024          Signature    **Hilmer Morgan**

                                                   **Owner**

DocuSigned by:
*HILMER MORGAN*
BE6EDFC64C0F4E3...

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Copyright © Financial Software Solutions, LLC